# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-16-cr-217 |
| Shane Fritz Kahl, | ) | |
| | ) | |
| Defendant. | ) | |

Upon information received by chambers, Defendant Shane Kahl is currently in state custody pending resolution of state charges against him. The Defendant has not appeared in the above-captioned case but has a federal detainer placed on him. Defendant's sister recently passed away and her funeral is on January 19, 2017. The state court has issued a furlough from custody for the Defendant to attend the funeral. The Marshals Service is **ORDERED** not to execute on the Defendant's federal detainer during the period of furlough allowed by the state court.

**IT IS SO ORDERED.**

Dated this 18th day of January, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court